EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re:<br><br><br>Manuel A. Acosta Reboyras | 2019 TSPR 199<br><br>203 DPR _____ |

Número del Caso:  TS-14,825

Fecha:  23 de octubre de 2019

Abogado de la parte peticionaria:

        Por derecho propio

Materia:  Reinstalación al ejercicio de la abogacía.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | | |
|---|---|---|
| *In re*: | | |
| Manuel A. Acosta Reboyras | TS-14,825 | |

RESOLUCIÓN

En San Juan, Puerto Rico, a 23 de octubre de 2019.

Examinada la *Moción de reinstalación y cumplimiento de orden* presentada por el Sr. Manuel A. Acosta Reboyras, se toma conocimiento. Se autoriza la reinstalación al ejercicio de la abogacía.

Por otro lado, se le concede un término de treinta (30) días a la ODIN, a partir de la notificación de esta Resolución, para que se exprese en torno a la solicitud de reinstalación al ejercicio de la notaría y nos provea un informe sobre el estado de la obra notarial incautada al señor Acosta Reboyras.

Publíquese.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo.

José Ignacio Campos Pérez
Secretario del Tribunal Supremo